**In the Interest of A.J.L.H., Minor.**

**No. ED 85370.**

Missouri Court of Appeals, Eastern District, Division One.

March 22, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 2005.

Application for Transfer Denied May 31, 2005.

Kathleen C. DuBois, Clayton, MO, Chris E. Rollins, St. Louis, MO, for appellant.

William P. Grant, Clayton, MO, for respondent.

Kimi Lyn Rensing, Webster Groves, MO, for juvenile.

Before GARY M. GAERTNER, SR., P.J., MARY K. HOFF, J. and SHERRI B. SULLIVAN, J.

ORDER

PER CURIAM.

Appellant, N.H.L. ("Mother"), appeals from the judgment of the Circuit Court of St. Louis County, entering an adoption decree in favor of Respondents, James Schlitter and Marilyn Schlitter ("the Schlitters"). We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for

1. All statutory references are to RSMo 2000, unless otherwise indicated.

the use of the parties only setting forth the reasons for our decision.